

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00457-CR

Douglas Wayne **THOMAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR13170
Honorable Jefferson Moore, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we MODIFY the trial court's judgment to delete the $1,000.00 fine. We AFFIRM the trial court's judgment AS MODIFIED.

SIGNED March 22, 2023.

_____
Rebeca C. Martinez, Chief Justice